UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 26-7210 AB (PVC) Date: August 18, 2026

Title Xavier Stone v. Sentinal Record, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| --- | --- |
| None | None |

**PROCEEDINGS: [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROVIDE A CURRENT ADDRESS**

Plaintiff Xavier Stone, a California prisoner proceeding *pro se*, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. No. 1). On July 2, 2026, the Court issued a Notice to Filer of Deficiencies. ("First Notice," Dkt. No. 2). On July 14, 2026, the Court issued a Notice Re: Discrepancies ("Second Notice," Dkt. No. 3), a Notice of Assignment ("Third Notice," Dkt. No. 4), and a Notice of Resources for Pro Se Litigants ("Fourth Notice," Dkt. No. 5). Each notice was sent to Plaintiff's address of record. All four have since been returned to the Court as undeliverable. The Second Notice was returned to the Court on July 27, 2026. (Dkt. No. 6). The First and Fourth Notices were returned to the Court on August 3, 2026. (Dkt. Nos. 7, 8). And the Third Notice was returned on August 10, 2026. Thus, it appears that the Court does not have a current valid address for Plaintiff and is unable to move this case forward.

Plaintiff is advised that pursuant to the Central District's Local Rule 41-6, he has an obligation to keep the Court informed of her current address of record or the Court may dismiss this action:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 26-7210 AB (PVC) Date: August 18, 2026

Title Xavier Stone v. Sentinal Record, et al.

> A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

More than fourteen days have passed since the notices described above were issued, and Plaintiff has not provided the Court with an updated, accurate address where he may be reached. Plaintiff is therefore **ORDERED TO SHOW CAUSE** by **September 8, 2026,** why the Magistrate Judge should not recommend that this action be dismissed pursuant to Local Rule 41-6 for Plaintiff's failure to provide a current address. Plaintiff may discharge this Order by filing a response with a current address.

**If Plaintiff no longer wishes to pursue her claims, she may voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience. Plaintiff is not required to seek permission of the Court to dismiss her case because no Defendant has yet appeared or responded. Fed. R. Civ. P. 15(a)(1). However, Plaintiff is cautioned that any dismissed claims may be subject to a statute of limitations defense if Plaintiff seeks to reassert them in a later action.**

**Plaintiff is expressly warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 26-7210 AB (PVC) Date: August 18, 2026

Title Xavier Stone v. Sentinal Record, et al.

The Deputy Clerk is directed to serve a copy of this Order upon Plaintiff at his current address of record: Xavier Stone BK No. 37351-512 MDC Los Angeles P.O. Box 531500 Los Angeles, CA 90053

IT IS SO ORDERED.

| | |
|---|---|
| | 00:00 |
| **Initials of Preparer** | mr |